# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brian Chamberlin, | Case No. 2:22-cv-00430-JAD-BNW |
| Plaintiff, | **Report & Recommendation** |
| v. | |
| National Credit Adjusters, LLC, | |
| Defendant. | |

On April 1, 2022, the Court granted Defendant National Credit Adjusters, LLC's Motion for More Definite Statement (ECF No. 6) and ordered Plaintiff Brian Chamberlin to file an amended complaint by April 29, 2022. ECF No. 8 at 5. The Court warned Plaintiff that "[f]ailure to comply with this order may result in a recommendation that this case be dismissed." *Id*. Plaintiff missed the April 29, 2022 deadline. Thus, it appears that Plaintiff has abandoned this case.

**IT IS THEREFORE RECOMMENDED** that this case be DISMISSED.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 15, 2022.

Brenda Weksler
United States Magistrate Judge