UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brian Chamberlin,<br><br>    Plaintiff<br><br>v.<br><br>National Credit Adjusters, LLC,<br><br>    Defendant | Case No.: 2:22-cv-0430-JAD-BNW<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 9] |

The magistrate judge recommends that this case be dismissed as abandoned.[1] The deadline for any party to object to that recommendation was July 29, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 9] is ADOPTED** in its entirety. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 2, 2022

---

[1] ECF No. 9.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).